[No. 62822-4-I.   Division One.   January 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOVANY M. GAONA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-04017-0, LeRoy McCullough, J., entered December 3, 2008. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Ellington, J.

[No. 62949-2-I.   Division One.   January 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00909-9, Gregory P. Canova, J., entered January 26, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 62954-9-I.   Division One.   January 19, 2010.]

TUYEN D. NGUYEN ET AL., *Appellants*, v. CASCADE LAW GROUP, PLLC, ET AL., *Defendants*, LISA F. MOORE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-04479-5, Susan J. Craighead, J., entered January 28, 2009. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Ellington and Appelwick, JJ.

[No. 62957-3-I.   Division One.   January 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA MARIE NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10485-9, Michael Heavey, J., entered January 12, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, C.J., and Cox, J.